IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BÜNYAMIN ATEŞ, et al. | : | |
| | : | |
| Plaintiffs, | : | 3:15-CV-2354 |
| v. | : | (JUDGE MARIANI) |
| | : | |
| MUHAMMED FETHULLAH GÜLEN, et al. | : | |
| | : | |
| Defendants. | : | |

## ORDER

AND NOW, THIS 29th DAY OF JUNE, 2016, IT IS HEREBY ORDERED THAT:

1. Defendant Muhammed Fethullah Gülen's Motion to Dismiss (Doc. 33) is **GRANTED**.

2. Plaintiffs' Complaint (Doc. 1) is **DISMISSED**.

3. The Clerk of Court is directed to **CLOSE** the above-captioned action.

Robert D. Mariani
United States District Judge